[No. 55082-9-I.  Division One.  June 13, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. K.S., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-8-00261-3, Gerald L. Knight, J., entered September 3, 2004. *Reversed* by unpublished per curiam opinion.

[No. 30613-1-II.  Division Two.  June 14, 2005.]

JAMES H. HILL ET AL., *Appellants, v.* THE WASHINGTON HORSE RACING COMMISSION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-2-01624-1, Wm. Thomas McPhee, J., entered June 4, 2003. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Armstrong and Hunt, JJ.

[No. 30716-2-II.  Division Two.  June 14, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES THOMAS FLEMING, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 03-1-00484-5, Terry K. McCluskey, J., entered July 29, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan, A.C.J.; Armstrong, J., dissenting.

[No. 31137-2-II.  Division Two.  June 14, 2005.]

MICHELLE PRUITT ET AL., *Appellants*, v. JAMES SAVAGE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-2-10169-9, Sergio Armijo, J., entered November 24, 2003. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Armstrong and Hunt, JJ. Now published at 128 Wn. App. 327.